# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE


**Kelly Cristina Rodrigues da Costa**


    v.                                            Case No. 26-cv-68-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**


## ORDER

On February 12, 2026, I ordered the government to afford Kelly Cristina Rodrigues da Costa a bond hearing under 8 U.S.C. § 1226(a). Doc. 6. In its subsequent status report, the government represents that Rodrigues da Costa received a bond hearing on February 17, 2026, at which an immigration judge granted bond. Doc. 8. Because Rodrigues da Costa has received his requested relief, his petition shall be dismissed unless he shows cause why it should not be within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

February 26, 2026

cc:    Counsel of Record