# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Kelly Cristina Rodrigues da Costa**

      v.                                Case No. 26-cv-68-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Kelly Cristina Rodrigues da Costa received the bond hearing he sought on February 17, 2026, I ordered Rodrigues da Costa to show cause within seven days if there is any reason why his petition should not be dismissed. Doc. 9. Rodrigues da Costa has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro

Paul J. Barbadoro
United States District Judge

March 6, 2026

cc:    Counsel of Record